UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN D. LIFFITON,

v.

DETECTIVE SHERRY KISZEWSKI, et al.

Defendants.

AMENDED
ORDER
09-CV-994

---

This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(A). On February 1, 2010, defendants County of Erie and John Does Sheriffs' Deputies filed a motion to dismiss. On July 1, 2010, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendants' County of Erie and John Does Sheriffs' Deputies motion to dismiss be granted.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendants County of Erie and John Does Sheriffs' Deputies' motion to dismiss is granted. The case is referred back to Magistrate Judge Fschio for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: July 20, 2010